165 So.2d 479

Warren C. WEST et al.

v.

CERTIFIED CREDIT CORPORATION
OF LOUISIANA, Inc.

No. 47272.

June 26, 1964.

In re: Certified Credit Corporation of Louisiana, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 162 So.2d 589.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

165 So.2d 479

James H. FAWVOR, Jr., et al.

v.

U. S. OIL OF LOUISIANA, INC., et al.

No. 47292.

June 26, 1964.

In re: James H. Fawvor, Jr., et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Cameron. 162 So.2d 602.

Writ refused. On the facts found by the Court of Appeal, the result is correct.